UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-00187 DSF (ADS)                      Date:   May 8, 2020

Title:  *Freddy Zavala Odanga v. San Bernardino County*

Present:  The Honorable Autumn D. Spaeth, United States Magistrate Judge

| Kristee Hopkins | None Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorney(s) Present for Petitioner(s):        Attorney(s) Present for Respondent(s):
None Present                                                              None Present

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

Before the Court is Petitioner Freddy Zavala Odanga's Petition for Writ of Habeas Corpus by a Person in State Custody.  [Dkt. No. 1].  On March 31, 2020, the Court issued an Order to Show Cause because Petitioner's one ground for relief is unexhausted.  [Dkt. No. 3].  The Court provided Petitioner with options for how to proceed and ordered Petitioner to respond by April 21, 2020.  [Id.].  Petitioner has not filed a response or otherwise communicated with the court since January 28, 2020.  See [Dkt. No.1].

**By no later than May 22, 2020,** Petitioner is **ORDERED TO SHOW CAUSE** in writing why this action should not be dismissed for failure to prosecute the Petition and follow court orders.  Petitioner may respond to this OSC by selecting one of the options set forth in the March 31, 2020 order.  [Dkt. No. 3.].

As a reminder, Petitioner may choose to proceed with the Petition in its current form, despite the infirmities identified in the March 31, 2020 Order [Dkt. No. 3]. Petitioner is expressly cautioned that the Petition appears wholly unexhausted and therefore the petition is subject to dismissal.  If Petitioner chooses to proceed with the Petition, it will be viewed by the Court as the inability to cure the defects identified.  As such, the Court will recommend dismissal of the Petition to the District Judge.

If Petitioner no longer wishes to pursue his claims, he may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a).  The Clerk of

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 5:20-00187 DSF (ADS)　　　　　　　　　　Date:　May 8, 2020

Title:　*Freddy Zavala Odanga v. San Bernardino County*

Court is directed to attach a Notice of Dismissal Form (CV-009) to this Order for Petitioner's convenience.

　　**Petitioner is cautioned that failure to timely file a response will result in a recommendation that this action be dismissed for the reasons stated in the March 31, 2020 order, for failure to prosecute and/or obey court orders pursuant to Federal Rule of Civil Procedure 41(b).**

　　**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Clerk kh